**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| William A. Chrishon and Sheila L. Chrishon | No.   09-09634 |
| Debtor | Hon.  Jacqueline P. Cox |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 25, 2013, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                   /s/ John C. Crees_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Mark R. Schottler and Tom Vaughn on September 25, 2013.

                   /s/ John C. Crees_____

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

William A. Chrishon and Sheila L. Chrishon
8742 S. Loomis
Chicago, IL 60620

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Mark R. Schottler
Schottler & Associates
7222 W. Cermak Road, Suite 701
North Riverside, IL 60546
mark@schottlerlaw.com